**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE AFRODITI LEDSTROM,<br><br>　　　　　　　　Debtor.<br>_____ | **ORDER SETTING BRIEFING SCHEDULE** |
| PETER ELIADES,<br><br>　　　　　　　Appellant,<br>　v.<br>DOLORES ELIADES,<br><br>　　　　　　　Appellee.<br>_____ | Case No. 2:15-cv-01145-APG (Base File) |
| ARISTOTELIS ELIADES, et al.,<br><br>　　　　　　　Appellants,<br>　v.<br>DOLORES ELIADES, et al.,<br><br>　　　　　　　Appellees. | 2:15-cv-01201-APG (consolidated case) |

　　　IT IS ORDERED that appellants' opening briefs are due on or before September 28, 2015.

　　　IT IS FURTHER ORDERED that any responsive briefs must be filed on or before October 20, 2015.

　　　IT IS FURTHER ORDERED that any reply briefs must be filed on or before November 2, 2015.

　　　DATED this 21st day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE