**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| IN RE AFRODITI LEDSTROM <br><br> PETER ELIADES, *et al.*, <br><br> Appellants, <br><br> v. <br><br> DOLORES ELIADES, *et al.*, <br><br> Appellees. | Case No. 2:15-cv-01145-APG <br><br> **ORDER STRIKING ERRONEOUSLY ENTERED BRIEFING SCHEDULE** |

IT IS ORDERED that the November 25, 2015 minute order (Dkt. #15) was entered in error and is STRICKEN.

IT IS FURTHER ORDERED that the briefing schedule set forth in the November 17, 2015 minute order (Dkt. #13) is the correct briefing schedule.

DATED this 2nd day of December, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE